| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BLACK, BRUCE D. | 2. Court or Organization USDC, District of New Mexico | 3. Date of Report 04/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 106 South Federal Place Santa Fe, New Mexico 87501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Louisville Presbyterian Theological Seminary |
| 2. Member, Board of Directors | El Rancho de las Golondrinas |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -6 A 11: 20 FINANCIAL DISCLOSURE OFFICE

Black_Bruce_D

| Name of Person Reporting | Date of Report |
|---|---|
| BLACK, BRUCE D. | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Santa Fe Public Schools - Substitute Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BLACK, BRUCE D. | 04/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Countrywide Homeloans | Mortgage on rental property #1, Santa Fe, NM (Pt. VII, Line 19) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLACK, BRUCE D. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NW Mutual Life Ins. | B | Dividend | K | T | | | | | |
| 2. NM Public Empl. Defer. Comp. | | None | L | T | | | | | |
| 3. -American Funds - Europacific Growth Fd. R5 | | | | | | | | | |
| 4. -Dodgecox Stock Fd | | | | | | | | | |
| 5. -American Funds - Incm Fnd of America, Inc. | | | | | | | | | |
| 6. Wachovia IRA | C | Dividend | M | T | | | | | |
| 7. -Davis NY Venture-A Fund | | | | | | | | | |
| 8. -Davis Growth - A Fund | | | | | | | | | ** see Part VIII |
| 9. -FPA New Income Inc. | | | | | | | | | |
| 10. -Tweedy Browne Global | | | | | | | | | |
| 11. Evergreen Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 12. Oak Assoc. WHT Oak Growth | | None | J | T | | | | | |
| 13. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 14. Rental #1, Santa Fe, NM (2004 212,000) | D | Rent | M | R | | | | | |
| 15. Boeing | A | Interest | K | T | | | | | |
| 16. New Jersey St. TPK Auth. Bond | B | Interest | K | T | | | | | |
| 17. JP Morgan Chase BK CD | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLACK, BRUCE D. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  GMAC Smart Note | A | Interest | | | Redeemed | 6/16 | J | | |
| 19.  GMAC Smart Note | A | Interest | | | Redeemed | 6/16 | K | | |
| 20.  Ford Motor Credit | A | Interest | J | T | | | | | |
| 21.  Del Norte Credit Union | C | Interest | M | T | | | | | |
| 22.  MGM Mirage 5 - Note | B | Interest | K | T | Buy | 8/5 | L | | |
| 23.  Sears Roebuck Accept. Notes | A | Interest | K | T | Buy | 5/20 | K | | |
| 24.  University NM Revenue Bond | A | Interest | J | T | Buy | 3/7 | J | | |
| 25.  DWS Money Mkt Prime Ser. | C | Dividend | M | T | | | | | ** see Part VIII |
| 26.  Capital One Bk CD | D | Interest | | | Redeemed | 7/31 | L | | ** see Part VIII |
| 27.  Western Bank PR CD | D | Interest | | | Redeemed | 7/31 | L | | ** see Part VIII |
| 28.  Bristol Myers Squibb Co. | | None | J | T | Buy | 11/4 | J | | |
| 29.  Capmark BK CD | | None | M | T | Buy | 9/3 | L | | |
| 30.  Morgan Stanley CD | | None | K | T | Buy | 10/22 | K | | |
| 31.  World Finl Cap CD | A | Interest | L | T | Buy | 9/3 | L | | |
| 32.  Powershrs Financial Preferred Portfolio | A | Dividend | J | T | Buy | 11/4 | J | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 $1,000,000 | P1 =$1,000,001 $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q - Appraisal | R =Cost (Real Estate Only) | 9 =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLACK, BRUCE D. | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - line 8 (which was line 9 in FDR-2007) - Davis Growth-B Fund - exchanged 10/1/07 into Davis Growth-A Fund

Part VII - line 25 - DWS Money Market Prime Services - purchased 1/24/07 - inadvertently failed to list

Part VII - line 26 - Capital One Bk CD - purchased 1/23/07 - inadvertently failed to list

Part VII - line 27 - Western Bank CD - purchased 1/23/07 - inadvertently failed to list

| Name of Person Reporting | Date of Report |
|---|---|
| BLACK, BRUCE D. | 04/30/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544